# EXHIBIT A

**exway**  The Most Advanced Electric Skateboards

Order No. OBH01254
Placed on Nov 29,2023



## Order confirmed

Hello Rajesh Janu

Thanks for your order! We hope you enjoyed shopping with us!

This is your confirmation email. We'll be in touch soon to let you know when your order has been shipped.

**The special line for the dangerous goods from China to other countries steps:**

1. We send the boards to our forwarder's warehouse for creating shipping labels

-3-

2. The forwarder will send the goods to their HongKong airports for the flights uploading

3. The airplane landed in the destination airports for custom clearing (usually it will be fast)

4. The UPS/FED pick the goods from airports and scan the label; at this moment we are able to see the updates on their websites: IN TRANSIT

5. On the way to the customers by UPS/FED/DPD trucks.

**For any questions about orders, please feel free to email us:**

**Orders and Dealership Requests:**
info@exwayboard.com

**After-Sales Service:**
service@exwayboard.com

View Your Order

or Visit Our Store

---

Product Detail

Flex ER
Style: Belt Motor/USA（free shipping）: Shipping from local warehouse, Estimated delivery 5/8 business days
SKU: EB-F1BER2022



Price: $669.00

Qty: 1    $669.00

Order Summary

Discount Code                                               EXWAY20

Product Amount                                          669.00 USD

Discount Code Value                                     -20.00 USD

| | |
|---|---|
| Shipping Cost | 0.00 USD |
| Total Amount | 649.00 USD |

**Shipping Information**

Rajesh Janu

1359R Massachusetts Avenue

Lexington, Massachusetts, 02420 United States

**Payment Method**

oceandirect - 649.00 USD

**Shipping Method**

California warehouse

**Need Assistance? Talk to us.**

We'll do everything we can to make sure you love your experience with us. Have any questions or feedback? Contact us at 【info@exwayboard.com】

This email was sent by 【The Most Advanced Electric Skateboards】